JS 44C/SDNY
REV. 2/2016

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                             DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)   ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[ ] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

Is this an international arbitration case?  No [ ]  Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                         NATURE OF SUIT

                                TORTS                                                   ACTIONS UNDER STATUTES

**CONTRACT**           **PERSONAL INJURY**        **PERSONAL INJURY**        **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**

[ ] 110 INSURANCE      [ ] 310 AIRPLANE           [ ] 367 HEALTHCARE/        [ ] 625 DRUG RELATED     [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120 MARINE         [ ] 315 AIRPLANE PRODUCT       PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY      28 USC 158              [ ] 376 QUI TAM
[ ] 130 MILLER ACT             LIABILITY              INJURY/PRODUCT LIABILITY    21 USC 881          [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140 NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &   [ ] 365 PERSONAL INJURY    [ ] 690 OTHER                28 USC 157                     REAPPORTIONMENT
        INSTRUMENT             SLANDER                PRODUCT LIABILITY                                                          [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF    [ ] 330 FEDERAL            [ ] 368 ASBESTOS PERSONAL                                                      [ ] 430 BANKS & BANKING
        OVERPAYMENT &          EMPLOYERS'             INJURY PRODUCT                                  **PROPERTY RIGHTS**        [ ] 450 COMMERCE
        ENFORCEMENT            LIABILITY              LIABILITY                                                                  [ ] 460 DEPORTATION
        OF JUDGMENT    [ ] 340 MARINE                                                                 [ ] 820 COPYRIGHTS         [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT   [ ] 345 MARINE PRODUCT     **PERSONAL PROPERTY**                               [ ] 830 PATENT                     ENCED & CORRUPT
[ ] 152 RECOVERY OF            LIABILITY                                                              [ ] 840 TRADEMARK                  ORGANIZATION ACT
        DEFAULTED      [ ] 350 MOTOR VEHICLE      [ ] 370 OTHER FRAUD                                                                    (RICO)
        STUDENT LOANS  [ ] 355 MOTOR VEHICLE      [ ] 371 TRUTH IN LENDING                                                       [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)        PRODUCT LIABILITY                                                      **SOCIAL SECURITY**        [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF    [ ] 360 OTHER PERSONAL
        OVERPAYMENT            INJURY             [ ] 380 OTHER PERSONAL     **LABOR**                [ ] 861 HIA (1395ff)       [ ] 850 SECURITIES/
        OF VETERAN'S   [ ] 362 PERSONAL INJURY -          PROPERTY DAMAGE                             [ ] 862 BLACK LUNG (923)           COMMODITIES/
        BENEFITS               MED MALPRACTICE    [ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR       [ ] 863 DIWC/DIWW (405(g))         EXCHANGE
[ ] 160 STOCKHOLDERS                                      PRODUCT LIABILITY          STANDARDS ACT    [ ] 864 SSID TITLE XVI
        SUITS                                                                [ ] 720 LABOR/MGMT       [ ] 865 RSI (405(g))
[ ] 190 OTHER                                     **PRISONER PETITIONS**             RELATIONS                                   [ ] 890 OTHER STATUTORY
        CONTRACT                                                             [ ] 740 RAILWAY LABOR ACT                                   ACTIONS
[ ] 195 CONTRACT                                  [ ] 463 ALIEN DETAINEE     [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**      [ ] 891 AGRICULTURAL ACTS
        PRODUCT        **ACTIONS UNDER STATUTES** [ ] 510 MOTIONS TO             LEAVE ACT (FMLA)
        LIABILITY                                         VACATE SENTENCE                             [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE      **CIVIL RIGHTS**                   28 USC 2255        [ ] 790 OTHER LABOR              Defendant)         [ ] 893 ENVIRONMENTAL
                                                  [ ] 530 HABEAS CORPUS             LITIGATION       [ ] 871 IRS-THIRD PARTY             MATTERS
                       [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY      [ ] 791 EMPL RET INC             26 USC 7609         [ ] 895 FREEDOM OF
**REAL PROPERTY**              (Non-Prisoner)     [ ] 540 MANDAMUS & OTHER           SECURITY ACT (ERISA)                                INFORMATION ACT
                       [ ] 441 VOTING                                                                                            [ ] 896 ARBITRATION
[ ] 210 LAND           [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                     [ ] 899 ADMINISTRATIVE
        CONDEMNATION   [ ] 443 HOUSING/           **PRISONER CIVIL RIGHTS**                                                              PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE            ACCOMMODATIONS                                [ ] 462 NATURALIZATION                                      APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &   [ ] 445 AMERICANS WITH     [ ] 550 CIVIL RIGHTS               APPLICATION
        EJECTMENT              DISABILITIES -     [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION                           [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND          EMPLOYMENT         [ ] 560 CIVIL DETAINEE             ACTIONS                                             STATE STATUTES
[ ] 245 TORT PRODUCT   [ ] 446 AMERICANS WITH            CONDITIONS OF CONFINEMENT
        LIABILITY              DISABILITIES -OTHER
[ ] 290 ALL OTHER      [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION        DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
    UNDER F.R.C.P. 23                      IF SO, STATE:

DEMAND $_____ OTHER _____   JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO                NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)                                **ORIGIN**

☐ 1 Original Proceeding     ☐ 2 Removed from State Court     ☐ 3 Remanded from Appellate Court     ☐ 4 Reinstated or Reopened     ☐ 5 Transferred from (Specify District)     ☐ 6 Multidistrict Litigation     ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. all parties represented

☐ b. At least one party is pro se.

(PLACE AN x IN ONE BOX ONLY)          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF     ☐ 2 U.S. DEFENDANT     ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)     ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE              SIGNATURE OF ATTORNEY OF RECORD               ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                [ ] NO
                  *Dmitry Kheyfits*                             [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                                       Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)