UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DISK AUTHORING TECHNOLOGIES LLC,

              Plaintiff,

     -v-

NERO A.G. and NERO, INC.,

              Defendants.
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: May 4, 2016

16-cv-1741 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      On May 4, 2016, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, June 6, 2016.**

      Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

      All other dates and deadlines in this matter are ADJOURNED.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:     New York, New York
             May 4, 2016

                                                 _____
                                                 KATHERINE B. FORREST
                                                 United States District Judge