UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 10 2016

DISK AUTHORING TECHNOLOGIES LLC

Plaintiff,

-against-

NERO AG and NERO INC.,

Defendants.

Civil Action No.: 1:16-cv-1741-KBF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, on March 8, 2016, plaintiff Disk Authoring Technologies, LLC ("Plaintiff") filed its Complaint against defendants Nero AG and Nero Inc. (collectively, "Defendants") in the above-captioned action (D.I. 1); and

WHEREAS, on March 30, 2016, Nero Inc. filed an answer (D.I. 19) to Plaintiff's Complaint; and

WHEREAS, on May 23, 2016, Plaintiff and Defendants entered into a Non-Exclusive Limited Patent License Agreement; and

NOW, WHEREFORE, it is hereby stipulated and agreed by and between the parties by and through their respective counsel that the above-captioned action is voluntarily dismissed with prejudice as follows:

1.  Plaintiff hereby dismisses with prejudice its claims against the Defendants;

2.  Defendants hereby dismiss with prejudice any of their counterclaims against the Plaintiff; and

3.  Each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
June 10, 2016

Respectfully submitted,

By: /s/ Dmitry Kheyfits
Dmitry Kheyfits
Andrey Belenky
KHEYFITS P.C.
1140 Avenue of the Americas
9th Floor
New York, New York 100036
Tel. (212) 203-5399
Fax. (212) 203-6445
dkheyfits@kheyfits.com
abelenky@kheyfits.com

*Attorneys for Plaintiff Disk Authoring Technologies LLC*

Date: June 10, 2016

By:   By: /s/ Erica J. Van Loon
Adrian M. Pruetz
Erica J. Van Loon
Dan Liu

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard,
19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Counsel for Defendants Nero Inc. and Nero AG*

So ordered.

KBF ...
USDJ

6/10/16